*Plaintiff(s) Counsel:*
Richard Meadow, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

-and-

Maura Kolb, Esq.
THE LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, Texas 77069
(T) 713-659-5200
(F) 713-659-2204

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-5774<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| CHRISTINA O'LEARY and GEORGE L. O'LEARY,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, CHRISTINA O'LEARY and GEORGE O'LEARY, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009       By:   /s/ Richard Meadow
                                   Richard Meadow, Esq.
                                   THE LANIER LAW FIRM, PLLC
                                   Tower 56
                                   123 E. 56th Street, 6th Floor
                                   New York, New York 10022
                                   (T) 212-421-2800
                                   (F) 212-421-2878

                                   -and-

                                   Maura Kolb, Esq.
                                   THE LANIER LAW FIRM, PC
                                   6810 FM 1960 West
                                   Houston, Texas 77069
                                   (T) 713-659-5200
                                   (F) 713-659-2204

                                   *Counsel for Plaintiff(s).*

DATED: April 15, 2009       By:   /s/
                                   Michelle Sadowsky, Esq.
                                   DLA PIPER US LLP
                                   1251 Avenue of the Americas
                                   New York, New York 10020-1104
                                   (T) 212-335-4625
                                   (F) 212-884-8675

                                   *Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009



Hon. Charles R. Breyer
United States District Court